Edward C. COMMERS, Appellant, v. UNIT-
ED STATES of America, Appellee.

No. 11404.

Circuit Court of Appeals, Ninth Circuit.

Jan. 16, 1947.

Writ of Certiorari Denied April 14, 1947.

See 67 S.Ct. 1189.

John W. Mahan and Charles E. Pew, both of Helena, Mont. for appellant.

John B. Tansil, U. S. Attorney, of Billings, Mont., Francis J. McGan, Atty., Dept. of Justice, of Butte, Mont., John F. Sonnett, Asst. Atty. Gen., Searcy L. Johnson, Sp. Asst. to Atty. Gen., and D. Vance Swann and Thomas E. Walsh, Attys., Dept. of Justice, both of Washington, D. C., for appellee.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record briefs filed by respective parties, and oral arguments, ordered judgment of the District Court, 66 F.Supp. 943, affirmed, that a judgment be filed and entered accordingly, and that the mandate issue as provided in Rule.

■

Ruble Charles JENKINS v. UNITED
STATES of America.

No. 3406.

Circuit Court of Appeals, Tenth Circuit.

Dec. 30, 1946.

PER CURIAM.

This case was reported on November 21, 1946, as dismissed November 12, 1946, 158 F.2d 384. The appeal was reinstated on appellant's motion on December 30, 1946.